UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN C. JAMES,

    Petitioner,

v.

R.L. MORRISON, Warden,

    Respondent.

Civil No. 06-357 (MJD/JSM)

**ORDER**

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated July 26, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, IT IS HEREBY ORDERED that: Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] and Motion to Consolidate [Docket No. 3] are **DENIED** as moot. Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is **DISMISSED WITH PREJUDICE**.

Dated: _September 5, 2006__

    _s/Michael J. Davis_____
    MICHAEL J. DAVIS
    United States District Court Judge